IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1925WORKBENCH LTD., <br><br> Plaintiff <br><br> v. <br><br> THE BARN DOOR HARDWARE STORE, LLC and JON WHALEY, <br><br> Defendants | ) Docket No. 1"20-cv-205 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

   And now this _____ day of _____, 2021, upon consideration of the Motion for Admission to *Pro Hac Vice* of Christopher A. Mitchell it is hereby ORDERED and DECREED that Christopher A. Mitchell is granted *pro hac vice* admission in the above matter.

                           _____